LAW OFFICES OF MICHAEL H. LEWIS
MICHAEL H. LEWIS (88742)
505 Sansome Street
Suite 475
San Francisco, CA 94111

Telephone (415) 296-1460

Attorney for Debtor
FEED THE METER, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 09-31504 |
| FEED THE METER, LLC, | Chapter 11 |
| Debtor. | EX PARTE APPLICATION FOR ORDER AUTHORIZING USE OF PRE-PETITION BANK ACCOUNT THROUGH JUNE 30, 2009 |
| | NO HEARING SET |

TO: THE HONORABLE THOMAS CARLSON, UNITED STATES BANKRUPTCY JUDGE:

FEED THE METER, LLC, the debtor and debtor in possession herein ("Applicant"), hereby applies to this Court for an order authorizing it to maintain its current bank accounts with Bank of America to and through June 30, 2009, and directing and authorizing Bank of

Case: 09-31504    Doc# 5    Filed: 06/02/09    Entered: 06/02/09 12:55:01    Page 1 of 4

American to keep the existing bank accounts open and to process all transactions that occur in the accounts to and through June 30, 2009, respectfully representing as follows:

1. Applicant is a California limited liability company operating a number of casual restaurants under the name "Asqew Grill", and the debtor and debtor in possession herein having filed its voluntary petition under Chapter 11 on June 1, 2009.

2. Applicant currently maintains its banking relationship with Bank of America ("Bank"), and operates through fourteen bank accounts consisting of the following: Operating Account (#XXXX-XXXX-3871), Payroll Account (#XXXX-XXXX-3884), Accounts Payable (#XXXX-XXXX-3897), Accrual Account (#XXXX-XXXX-6249), Construction Account (#XXXX-XXXX-4032), and separate accounts for each restaurant locations (## XXXX-XXXX-3907, -3910, -3923, -3936, -3949, -3952, -3965, -6896, and -9987) (hereinafter jointly referred to as the "Accounts").

3. Due to Applicant's ongoing financial problems, all vendors have placed Applicant on a "COD" basis since the start of April, 2009. As a result, the only checks clearing the Accounts are in payment of current deliveries. The inability to pay these vendors, even for a few days, will result in the closing of Applicant's restaurants and the failure of its efforts to reorganize.

4. Applicant's Chapter 11 petition was filed on June 1, 2009, and the Applicant has been instructed to commence opening new Debtor

in Possession bank accounts and has, in fact, taken the initial steps to do so.

5. Under the best of circumstances, and assuming no problems, it will take a number of days, if not longer, to open new debtor in possession bank accounts. In the meantime, Applicant may be unable to pay it vendors and other ongoing obligations resulting in the failure of its reorganization efforts.

5. Further, Applicant's petition was filed earlier than anticipated due to threat of immediate collection activities by some creditors. As a result, it was unable to complete the pre-filing planning that would normally precede the filing of a Chapter 11 petition.

6. In addition, Applicant's bankruptcy counsel is going to be out of the country and unavailable starting June 2nd and continuing through June 17th, and therefore unable to assist Applicant in the event of any problems opening the debtor in possession accounts.

WHEREFORE, Applicant requests this Court to make and enter its order: (1) authorizing Applicant to keep the Accounts open to and through June 30, 2009; (2) authorizing and directing Bank to keep the Accounts open to and through June 30, 2009, and to continue

processing all transactions in the Accounts for the same period of time unless notified earlier by Applicant to close the Postage Account.

Dated: June 1, 2009        LAW OFFICES OF MICHAEL H. LEWIS


                                          /s/ Michael Lewis
                                          Michael H. Lewis
                                          Attorney for Debtor
                                          FEED THE METER, LLC

EX PARTE APPLICATION FOR ORDER RE BANK ACCOUNT                    -4-