1  LAW OFFICES OF MICHAEL H. LEWIS
   MICHAEL H. LEWIS (#088742)
2  25 Kearny St., Ste. 302
   San Francisco, CA 94108
3
   Telephone Number:  (415) 296-1460
4  Fax Number:  (415) 788-4315
5  Attorneys for
   FEED THE METER, LLC
6
7
8
9
                    UNITED STATES BANKRUPTCY COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
12
13  In Re:                         )   Case No. 09-31504
                                   )
14  FEED THE METER, LLC,           )   CHAPTER 11
                                   )
15       Debtor.                   )   TIME:  9:30 A.M.
                                   )   DATE:  NOVEMBER 30, 2009
16                                 )   JUDGE: CARLSON
                                   )
17  _____)
18
19            MOTION TO APPROVE STIPULATION
                FOR ADEQUATE PROTECTION
20                 (LEAF FUNDING, INC.)
21  TO: THE HONORABLE THOMAS CARLSON, UNITED STATES BANKRUPTCY JUDGE,
    THE UNITED STATES TRUSTEE, THE TWENTY LARGEST UNSECURED CREDITORS
22  AND OTHER PARTIES IN INTEREST:
23       FEED THE METER, LLC (the "Debtor"), the debtor and debtor in
24  possession herein, hereby moves the Court for an order approving the
25  attached Stipulation For Adequate Protection ("Stipulation") by and
26  between the Debtor and Leaf Funding, Inc. ("Leaf").  A true and
27  correct copy of the Stipulation is attached hereto as Exhibit A.
28  MOTION TO APPROVE STIPULATION FOR ADEQUATE PROTECTION

1    The Debtor represents as follows in support of its Motion:

2                              BACKGROUND

3        The Debtor's business is the operation of casual restaurants

4    known as Asqew Grill at a number of locations in or near San

5    Francisco, California.

6        In May, 2006, Debtor borrowed $25,000 from Leaf pursuant to the

7    terms of Finance Agreement #033-8035107.001 ("1st Loan"). The 1st

8    Loan is secured by a lien against all the Debtor's assets and is

9    repayable through sixty monthly installments of $594.44 each.

10       The Debtor is in default under the terms of the 1st Loan and

11   has not made the monthly installments payments since May, 2009.

12   Delinquent monthly payments totaled $5,515.39.

13       In June, 2006, Debtor borrowed $48,514.56 from Leaf pursuant to

14   the terms of Finance Agreement #033-8035495.002 ("2nd Loan"), to

15   purchase certain restaurant equipment. The 2nd Loan is secured by a

16   lien against the restaurant equipment purchased with its proceeds

17   and is repayable through sixty monthly installments of $1,237.58

18   each.

19       The Debtor is in default under the terms of the 2nd Loan and

20   has not made the monthly installments payments since May, 2009.

21   Delinquent monthly payments totaled $9,733.13.

22       In October, 2005, Debtor entered into Lease Agreement #019-

23   7017527.000 with Leaf whereby it leased certain restaurant equipment

24   ("Lease").

25       The Debtor is in default under the terms of the Lease and has

26   not made the monthly lease payments of $1,665.00 since April, 2009.

27   Delinquent monthly lease payments total $16,353.13.

28

Case 09-31504   Doc# 87   Filed: 07/13/10   Entered: 07/13/10 15:34:05

1    All of the assets subject to the liens of the 1st and 2nd Loans

2    and the Lease are used in the daily operation of the Debtor's

3    business and are therefore necessary to the success of its financial

4    reorganization.

5    <u>MATERIAL TERMS OF THE STIPULATION</u>

6    1.   As adequate protection of Leaf's interest under the 1st and

7    2nd Loans, Debtor agrees to make monthly installment payments in an

8    amount equal to one and one-half regular monthly payments commencing

9    with the payment due January 15, 2010, and to continue making such

10   payments until all defaults have been cured, at which time the

11   payments shall return to the regular monthly rate.

12   2.   In order to cure all arreages owing under the Lease and to

13   provide adequate assurance of its future performance thereunder, the

14   Debtor will make monthly lease payments in an amount equal to one

15   and one-half regular monthly payments commencing with the payment

16   due January 15, 2010, and continuing until all payment defaults have

17   been cured, at which time the lease payments shall return to the

18   regular monthly rate.

19   3.   As additional adequate protection for the 1st and 2nd Loans

20   and additional adequate assurance of future performance for the

21   Lease, in the event of a material default by the Debtor under the

22   terms of this Stipulation, which default is not cured within ten

23   (10) business days of the due date, the automatic stay of Bankruptcy

24   Code Section 362 shall be deemed to have terminated without further

25   notice, motion or order, and Debtor shall cooperate with Leaf in the

26   return of the equipment subject to the Lease and the collateral

27   securing the 1st and 2nd Loans.

28

1       WHEREFORE, based upon the representations set forth above, the

2 Debtor requests this Court to make and enter its order approving the

3 Stipulation For Adequate Protection and authorizing the Debtor's

4 performance thereunder.

5 Dated:  January 15, 2010        LAW OFFICES OF MICHAEL H. LEWIS

6                           /s/ Michael Lewis

                          Michael H. Lewis

7                     Attorney for Debtor

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION TO APPROVE STIPULATION FOR ADEQUATE PROTECTION

```
 1   LAW OFFICES OF MICHAEL H. LEWIS
     MICHAEL H. LEWIS (#088742)
 2   25 Kearny St., Ste. 302
     San Francisco, CA 94108
 3
     Telephone Number:  (415) 296-1460
 4   Fax Number:  (415) 788-4315
 5   Attorneys for
     FEED THE METER, LLC
 6
 7
 8
 9
                     UNITED STATES BANKRUPTCY COURT
10
                     NORTHERN DISTRICT OF CALIFORNIA
11
12
13    In Re:                        )   Case No. 09-31504
                                     )
14    FEED THE METER, LLC,           )   CHAPTER 11
                                     )
15             Debtor.               )
                                     )
16                                   )
                                     )
17   _____)
18
19           STIPULATION FOR ADEQUATE PROTECTION
20
          This Stipulation is entered into as of the 24th day of
21
     December, 2009, by and between FEED THE METER, LLC., the debtor and
22
     debtor in possession herein ("FTM"), and LEAF Funding, Inc., as
23
     successor in interest to Netbank Business Finance and Nationwide
24
     Business Capital, LLC (hereinafter referred to as "Leaf"), with
25
     reference to the following:
26
27
28                                              EXHIBIT   A
```

STIPULATION

A.  In or about May, 2006, FTM borrowed $25,000 from Leaf pursuant to the terms of Finance Agreement #033-8035107.001 ("1st Loan"). The 1st Loan is secured by a lien against all the FTM's assets and is repayable through sixty monthly installments of $594.44 each.

B.  FTM is in default under the terms of the 1st Loan and has not made the monthly installments payments since May, 2009. As of the date of this Stipulation, delinquent monthly payments totaled $5,515.39.

C.  In or about June, 2006, FTM borrowed $48,514.56 from Leaf pursuant to the terms of Finance Agreement #033-8035495.002 ("2nd Loan"), to purchase certain restaurant equipment. The 2nd Loan is secured by a lien against the restaurant equipment purchased with its proceeds and is repayable through sixty monthly installments of $1,237.58 each.

D.  FTM is in default under the terms of the 2nd Loan and has not made the monthly installments payments since May, 2009. As of the date of this Stipulation, delinquent monthly payments totaled $9,733.13.

E.  In or about October, 2005, FTM entered into Lease Agreement #019-7017527.000 with Leaf whereby it leased certain restaurant equipment ("Lease").

F.  FTM is in default under the terms of the Lease and has not made the monthly lease payments of $1,665.00 since April, 2009. As of the date of this Stipulation, delinquent monthly lease payments totaled $16,353.13.

G.   FTM has determined that retention of the assets subject to the liens of the 1st and 2nd Loans and the Lease is necessary to the success of its financial reorganization.

## STIPULATION

NOW, THEREFORE, IN CONSIDERATION of the promises, mutual covenants and agreements contained herein, the parties agree and stipulate as follows:

1.   The terms, conditions and effectiveness of this Stipulation, and the parties' obligations hereunder, are expressly conditioned upon its execution by each of the parties and entry of the order of the Bankruptcy Court approving this Stipulation and the assumption of the Lease.

2.   Upon execution of the Stipulation, FTM shall file a motion in the Bankruptcy Court for its approval.

3.   As adequate protection of Leaf's interest under the 1st and 2nd Loans, FTM shall make monthly installment payments in an amount equal to one and one-half regular monthly payments commencing with the payment due January 15, 2010, and continuing until all payment defaults have been cured, at which time the payments shall return to the regular monthly rate.  All payments will be made payable to "Ellen Stern Trust Account" and shall be delivered to Leaf in care of Ellen M. Stern, Esq., Law Office Of Ellen M. Stern, 17630 El Mineral Road, Perris, CA 92570.

4.   In order to cure all arreages owing under the Lease and to provide adequate assurance of its future performance thereunder, FTM shall make monthly lease payments in an amount equal to one and one-half regular monthly payments commencing with the payment due January, 2010, and continuing until all payment defaults have been

STIPULATION

1 cured, at which time the lease payments shall return to the regular

2 monthly rate.  All payments shall be made and delivered as set forth

3 in Paragraph 3 above.

4     5.  As additional adequate protection for the 1st and 2nd Loans

5 and additional adequate assurance of future performance for the

6 Lease, the parties agree that in the event of a material default by

7 the FTM under the terms of this Stipulation, which default is not

8 cured within ten (10) business days of the due date, the automatic

9 stay of Bankruptcy Code Section 362 shall be deemed to have

10 terminated without further notice, motion or order, and FTM shall

11 cooperate with Leaf in the return of the equipment subject to the

12 Lease and the collateral securing the 1st and 2nd Loans.

13     6.  Except as specifically agreed to and as provided herein,

14 all other terms of the 1st and 2nd Loans and the Lease (included

15 maturity dates) shall remain unaltered.

16     7.  This Stipulation constitutes a single, integrated written

17 contract expressing the entire agreement between the Parties hereto

18 with respect to the subject matter of this Stipulation, and

19 supersedes any and all prior oral and written agreements and

20 understandings.  This Stipulation is executed without reliance upon

21 any promise, warranty, or representation by any Party or any

22 representative of any Party other than those expressly contained

23 herein.

24     8.  This Stipulation shall be interpreted pursuant to the laws

25 of the State of California.

26     9.  This Stipulation may not be changed or amended except in

27 writing duly executed by each of the Parties to this Stipulation.

28

STIPULATION

10.    In any action, arbitration or other proceeding brought by any Party with respect to this Stipulation, the prevailing party shall be entitled to collect reasonable attorney's fees, experts' fees, and any and all costs and expenses incurred in connection therewith.

11.    Each Party will indemnify and save harmless any other Party from any loss incurred directly or indirectly by reason of the falsity or inaccuracy of any representation herein by said Party.

12.    Each Party to this Stipulation shall execute or, if appropriate, cause to be executed on it behalf, whatever documents may be necessary and reasonable to carry out the intent and purposes of this Stipulation

13.    This Stipulation shall bind the successors and assigns of each Party.

14.    Each Party represents and warrants that it has not assigned or transferred all or any portion of the claims released herein and no third party has any claim, lien or interest in any claim it is releasing herein; and, that it has the authority to enter into this Stipulation and that the individual(s) signing this Stipulation has the authority to do so on behalf of the entities on whose behalf they sign.

15.    This Stipulation may be executed in multiple counterparts which, when signed by all the Parties, will constitute one Stipulation.

16.    The Parties each covenant, agree and stipulate that any common law or statutory provision that an ambiguous term be construed against the party who prepares this Stipulation is hereby

Case: 09-31504    Doc# 87    Filed: 01/15/10    Entered: 01/15/10 13:34:55    Page 9 of 11

1 | waived. This Stipulation shall be construed in accordance with its
2 | fair meaning and not in favor of or against any party hereto.
3 |     17. Each and all of the covenants, representations and
4 | warranties of the Parties set forth in this Stipulation, and the
5 | indemnities provided herein, shall survive the execution and
6 | delivery of this Stipulation.
7 |     18. Except as provided herein, each Party shall bear its own
8 | attorney's fees and costs, incurred in connection with or otherwise
9 | related to the events and matters which are the subject of this
10 | Stipulation.
11 |     19. Time is of the essence with respect to the Parties'
12 | performance of their obligations under this Stipulation.
13 |
14 |     IN WITNESS WHEREOF, the Parties have executed this Stipulation
15 | effective as of the date first set forth above.
16 |
17 | Dated: December , 2009     FEED THE METER, LLC.
18 |
19 | _____
20 | By: Mark Nicandri
21 | Its: Managing Member
22 |
23 |
24 | Dated: December , 2009     LEAF FUNDING, INC.
25 |
26 | _____
27 | By:
28 | Its:

STIPULATION

1

2

3

4

5

6                         APPROVED AS TO FORM

7

8   Dated: December , 2009          LAW OFFICES OF MICHAEL LEWIS

9

10                                  _____

11                                  By:  Michael Lewis, Esq.

12                                  COUNSEL TO

13                                  FEED THE METER, LLC.

14

15

16  Dated: December , 2009

17                                  _____

18                                  By: Ellen Stern, Esq.

19                                  COUNSEL TO

20                                  LEAF FUNDING, INC.

21

22

23

24

25

26

27

28

STIPULATION