```
 1  DAVID J. COOK, ESQ. (State Bar # 060859)
    ROBERT J. PERKISS, ESQ (State Bar # 62386)
 2  COOK COLLECTION ATTORNEYS
    A PROFESSIONAL LAW CORPORATION
 3  165 Fell Street
    San Francisco, CA 94102-5106
 4  Mailing Address: P.O. Box 270
    San Francisco, CA 94104-0270
 5  Tel.: (415) 989 -4730
    Fax: (415) 989-0491
 6  Email: Cook@SqueezeBloodFromTurnip.com
    File No. 53,944
 7
    Attorneys for Creditor
 8  TRIMARK ERF, INC.

 9                  UNITED STATES BANKRUPTCY COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12
    In re                          )   CASE NO. 09-31504
13                                 )
            FEED THE METER, LLC,   )   REQUEST FOR SPECIAL NOTICE
14                                 )
                 Debtor.           )
15  _____)

16          TO THE DEBTOR, AND TO ALL OTHER PARTIES:

17          PLEASE TAKE NOTICE that Creditor TRIMARK ERF, INC. requests special notice of

18  all papers, pleadings, and other matters on file herein and which may be filed from time to time in

19  the above-entitled proceeding, and true and authentic copies be served, as follows:

20              DAVID J. COOK, ESQ.
                COOK COLLECTION ATTORNEYS
21              A PROFESSIONAL LAW CORPORATION
                165 Fell Street
22              San Francisco, CA 94102-5106

23              DAVID J. COOK, ESQ.
                COOK COLLECTION ATTORNEYS
24              A PROFESSIONAL LAW CORPORATION
                P.O. Box 270
25              San Francisco, CA 94104-0270
                Email: Cook@SqueezeBloodFromTurnip.com
26
                TriMark ERF / Economy Restaurant Fixtures
27              1200 7th Street
                San Francisco, CA 94107
28              Attn:  Jeff Weinstock
```

REQUEST FOR SPECIAL NOTICE - CASE NO. 09-31504                      1

DATED: January 25, 2010                    COOK COLLECTION ATTORNEYS

                                           By:   /s/ David J. Cook
                                           DAVID J. COOK, ESQ. (SBN 060859)
                                           Attorneys for Creditor
                                           TRIMARK ERF, INC.

F:\USERS\DJCNEW\FEED.REQ

# PROOF OF SERVICE

SEE DOCKET SHEET ATTACHED HERETO

I declare:

I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San Francisco, CA 94102. On the date set forth below, I served the attached:

REQUEST FOR SPECIAL NOTICE

on the above-named person(s) by:

___XXX___ (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the person(s) served above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 25, 2010.

                                        /s/ Karene Jen
                                           Karene Jen

# U.S. Bankruptcy Court
## Northern District of California (San Francisco)
### Bankruptcy Petition #: 09-31504

*Date filed:* 06/01/2009

*Assigned to:* Judge Thomas E. Carlson
Chapter 11
Voluntary
Asset

*Debtor*
**Feed The Meter, LLC**
3350 Steiner Street
San Francisco, CA 94123
Tax ID / EIN: 94-3322202
*dba*
**Asqew Grill**

represented by **Michael H. Lewis**
Law Offices of Michael H. Lewis
25 Kearny St. #302
San Francisco, CA 94108
(415) 296-1460
Email:
MH_LEWIS@PACBELL.NET

*Responsible Ind*
**Mark NiCandri**
Feed The Meter,LLC
3350 Steiner Street
San Francisco, CA 94123

*U.S. Trustee*
**Office of the U.S. Trustee / SF**
Office of the U.S. Trustee
235 Pine St
Suite 700
San Francisco, CA 94104
(415) 705-3333

represented by **Minnie Loo**
Office of the U.S. Trustee
235 Pine St. 7th Fl
San Francisco, CA 94104-3484
415-705-3333
Email: minnie.loo@usdoj.gov

| Filing Date | # | Docket Text |
|---|---|---|
| 11/30/2009 | | Courtroom Hearing Continued (RE: Order To Set Hearing - related document(s) 40 ) (Continued to 12/18/2009 09:30 AM at San Francisco Courtroom 23 - Carlson) (Monthly operating reports through October 2009 and 3rd quarter fees to be paid, matter continued to 12/18/09.)(gh) (Entered: 11/30/2009) |
| 11/30/2009 | | Courtroom Hearing Continued (RE: Motion to Assume/Reject - related document(s) 56 ) (Continued to 12/14/2009 09:30 AM at San Francisco Courtroom 23 - Carlson) (gh) (Entered: 11/30/2009) |
| 11/30/2009 | | Courtroom Hearing Continued (RE: Motion to Assume/Reject - related document(s) 56 ) (Continued to 12/14/2009 09:30 AM at San Francisco Courtroom 23 - Carlson) (gh) (Entered: 11/30/2009) |