

Michael H. Lewis (#88742)
Law Offices of Michael Lewis
25 Kearny Street, Suite 302
San Francisco, California  94108
Telephone:     (415) 296-1460
Facsimile:     (415) 788-4315

Counsel to the Debtor
FEED THE METER, LLC

Signed and Filed: November 03, 2010

_____
**THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re:                             ) Case No. 09-31504
                                   )
FEED THE METER, LLC,               ) Chapter 11
                                   )
        Debtor.                    ) OBJECTION TO ALLOWANCE
                                   ) OF CLAIM - IRS_____
                                   )
                                   ) **SCHEDULING ORDER**
                                   )
_____)

    A Status Conference in the above-entitled matter was held on August 9, 2010, at 9:30 a.m., in the courtroom of the Honorable Thomas Carlson, United States Bankruptcy Judge. Michael Lewis appeared on behalf of the Debtor and represented to the Court that counsel for the Internal Revenue Service ("IRS") was unavailable but that the parties had agreed to set the Debtor's objection to the claim filed by the IRS for trial.

    Upon due consideration, the Court hereby establishes the following schedule:

Scheduling Order

(1) All discovery shall be completed by December 17, 2010

(2) No Pretrial Conference shall be held.

(3) No motion for summary judgment will be heard less than thirty days before trial without permission of the court.

(4) Trial will commence on February 15, 2011 at 9:30 a.m., at the United States Bankruptcy Court, 235 Pine Street, Twenty-Third Floor, San Francisco, CA. <u>Seven calendar days before the trial date counsel shall inform the courtroom deputy (Gordon Hom (415) 268-2362) whether the parties have settled and, if not, how much time the trial will require.</u> During the week prior to the trial date the court may reschedule the trial t o a later day during the week of the trial date. <u>Counsel should be prepared to go to trial at any time during the week of the trial date.</u>

(5) Seven calendar days before the scheduled trial date, counsel shall: (a) serve and file trial briefs (briefs shall not exceed twenty-five pages without **prior** permission of the court); (b) exchange copies of all exhibits to be offered, other than those to be used for impeachment or rebuttal; (c) serve and file statements designating excerpts from depositions, answers to interrogatories and requests for admission, other than those to be used for impeachment or rebuttal; and (d) exchange a list of expected witnesses, other than those to be called for impeachment or rebuttal, including a brief summary of each witness' expected testimony.

(6) Counsel shall also: (a) premark all exhibits **before** trial (Plaintiff's exhibits should be marked by number, Defendant's

exhibits should be marked by letter); (b) bring sufficient copies of exhibits for all counsel, the witness, and the court; (c) in any case in which the party expects to offer more than ten exhibits, place the exhibits in a three-ring binder with an appropriate tab attached to each exhibit; (d) number the pages of any exhibit that has more than one page; (e) promptly advise the opposing party of any objections to the introduction of the opposing party's proposed testimony or exhibits; and (f) meet **before** trial to attempt to reach agreement regarding the admissibility of testimony and exhibits.

    (7) Counsel for the party who has lodged this scheduling order promptly shall serve this order on all other parties to the action, and shall file proof of such service.

**The court may exclude evidence, postpone trial, or impose monetary sanctions for failure to comply with this order.**

    IT IS SO ORDERED.

**\*\*END OF ORDER\*\***